**Nebraska Court of Appeals Memorandum Opinions
NOT Selected for Posting to Court Website**

**(released the 2 weeks prior to December 31, 2018)**

The following memorandum opinions were filed by the Nebraska Court of Appeals and can be viewed using SSCALES:

| | |
|---|---|
| A-17-1307 | State v. Tyree |
| A-18-343, A-18-344 | Kresl v. Leisure |
| A-18-384, A-18-385, A-18-386 | In re Interest of Logan K. et al. |
| A-18-396 | In re Interest of Jerze H. |
| A-18-420 | In re Conservatorship & Guardianship of Dolores L. |
| A-18-528 | In re Interest of Gavin K. |

The above-listed memorandum opinions can be viewed online through the appellate court case search available by subscription through Nebraska.gov: http://www.nebraska.gov/subscriber/.

Current subscribers to Nebraska.gov can search appellate court cases here: https://www.nebraska.gov/courts/sccales/.